# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

HENRY A. WILLIAMS
    Plaintiff,

v.                                                   CASE NUMBER: 12-cv-2689JDT

SAINT FRANCIS HOSPITAL
    Defendant,

      **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 2/1/13, this action is hereby **DISMISSED**, pursuant to Fed. R. Civ. P. 41(b).

**APPROVED:**

                                              s/ **James D. Todd**
                                              JAMES D. TODD
                                              UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: S/JENNIFER HODGE**
**DEPUTY CLERK**